# United States Court of Appeals
## For the First Circuit

Nos. 09-1470
     09-1494
     09-1589

VICOR CORPORATION,

Plaintiff, Appellee/Cross-Appellant,

v.

VIGILANT INSURANCE COMPANY; FEDERAL INSURANCE COMPANY;
CONTINENTAL CASUALTY COMPANY,

Defendants, Appellants/Cross-Appellees.

**ERRATA SHEET**

The opinion of this Court issued on March 16, 2012 is amended as follows:

On p. 19, line 20, "with a new drives" should read "with new drives"